IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARTHUR POWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GLOBAL EXPERTISE IN ) <br> OUTSOURCING, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 1: 05-CV-00134-AWI-WMW-P <br><br> ORDER VACATING FINDINGS AND RECOMMENDATION <br> (DOCUMENT #6) <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS <br> (DOCUMENTS #3, #7, #10) |

     Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  On March 28, 2005, Magistrate William M. Wunderlich issued findings and a recommendation to the District Judge, recommending that plaintiff's case be dismissed for failure to comply with the court's order of February 22, 2005, which ordered plaintiff to pay the $250.00 filing fee or submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  On April 4, 2005, and April 11, 2005, plaintiff submitted applications to proceed in forma pauperis.  Due to plaintiff's compliance with the order of February 22, 2005, the findings and recommendation shall be vacated.  In addition, the application to proceed in forma pauperis shall be granted.

     This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay

1 the statutory filing fee of $250.00 for this action.[1] Plaintiff has been without funds for six months and
2 is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C.
3 § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's
4 income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by
5 the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
6 $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

7     In accordance with the above, IT IS HEREBY ORDERED that:

8     1. The Magistrate's findings and recommendation order of February 22, 2005, is
9 VACATED in its entirety;

10     2. Plaintiff's request for leave to proceed in forma pauperis is GRANTED; and

11     3. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. The
12 fee shall be collected and paid in accordance with this court's order to USP Victorville filed concurrently
13 herewith.

14 IT IS SO ORDERED.

15 **Dated:   April 15, 2005**             **/s/  William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00. See 28 U.S.C. § 1914(a).