IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS ARTHUR POWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GLOBAL EXPERTISE IN<br>OUTSOURCING, INC., et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:05-CV-00134-AWI-WMW-P<br><br>**AMENDED**<br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Document #11)<br><br><u>Amended as to amount of filing fee</u><br><u>From $250.00 to $150.00</u> |

　　　　Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

　　　　Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $150.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C.

---

[1] The $250.00 amount written in the court's previous order issued on April 18, 2005, reflected the increase in the statutory filing fee from $150.00 to $250.00, which was effective on February 7, 2005. <u>See</u> 28 U.S.C. § 1914(a). Due to the fact that plaintiff filed his complaint on February 1, 2005, the correct filing fee owed by plaintiff in this action is $150.00.

1  § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's
2  income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by
3  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
4  $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).
5        In accordance with the above, IT IS HEREBY ORDERED that:
6            1. Plaintiff's request for leave to proceed in forma pauperis is granted.
7            2. Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action. The fee
8  shall be collected and paid in accordance with this court's order to the Director of the California
9  Department of Corrections filed concurrently herewith.
10 IT IS SO ORDERED.
11 **Dated:   April 21, 2005**            **/s/  William M. Wunderlich**
   j14hj0                                 UNITED STATES MAGISTRATE JUDGE